UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80129-Cannon/McCabe

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)



FILED BY ____SP____ D.C.

Jul 29, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

UNITED STATES OF AMERICA

vs.

EVON BARRETT JR., and
ED'TANYSHIA HAMILTON,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or around August 2023, the exact date being unknown to the Grand Jury, and continuing through on or about January 28, 2025, in Palm Beach County, in the Southern District of Florida, the defendants,

**EVON BARRETT JR., and
ED'TANYSHIA HAMILTON,**

did knowingly and willfully combine, conspire, confederate, and agree with one another, and other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

It is further alleged that this violation involved less than 50 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

## COUNT 2

On or about January 28, 2025, in Palm Beach County, in the Southern District of Florida, the defendants,

**EVON BARRETT JR., and
ED'TANYSHIA HAMILTON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

It is further alleged that this violation involved less than 50 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

## COUNTS 3

On or about January 28, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**EVON BARRETT JR.,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United states Code, Sections 846 and 841(a)(1), as set forth in Count 1 and Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that the firearm involved in the offense was:

    a. one (1) Glock Model 43, 9 millimeter pistol,

    b. one (1) Glock Model 48, 9 millimeter pistol, and

    c. one (1) Glock Model 29, 10 millimeter pistol.

## COUNT 4

On or about January 28, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**EVON BARRETT JR.,**

did knowingly possess a firearm, that is, a Glock Model 19, 9 millimeter pistol, in furtherance of, and knowingly carry a firearm during and in relation to, a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count 1 and Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **EVON BARRETT JR., and ED'TANYSHIA HAMILTON**, have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3.  Upon conviction of a violation of Title 18, United States Code, Section 924(c), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Adam C. McMichael* for            FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-cr-80129-Cannon/McCabe

v.

EVON BARRETT JR. and ED'TANYSHIA HAMILTON,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Suzanne Huyler*
SUZANNE HUYLER
Assistant United States Attorney
SDFL Court ID No. A5503350

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** EVON BARRETT JR.

**Case No:** 25-cr-80129-Cannon/McCabe

Count #: 1

Conspiracy to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine

Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** At least 4 years to life
* **Max. Fine:** $5,000,000

Count #: 2

Knowingly and Intentionally possess with intent to distribute a controlled substance

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** At least 4 years to life
* **Max. Fine:** $5,000,000

Counts #: 3 and 4

Knowingly possess a firearm in furtherance of a drug trafficking crime

Title 18, United States Code, Section 924(c)(1)(A)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ED'TANYSHIA HAMILTON

**Case No**: 25-cr-80129-Cannon/McCabe

Count #: 1

Conspiracy to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine

Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** At least 4 years to life
* **Max. Fine:** $5,000,000

Count #: 2

Knowingly and Intentionally possess with intent to distribute a controlled substance

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** At least 4 years to life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.